IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HEIDY CIFUENTES RIVERA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:25-cv-00570-RK |
| ) | |
| JIM ARNOTT, GREENE COUNTY, ) | |
| MISSOURI SHERIFF; KRISTI NOEM, ) | |
| SECRETARY, U.S. DEPARTMENT OF ) | |
| HOMELAND SECURITY; ) | |
| CHRISTOPHER CHAMBERLIN, ) | |
| ACTING ASSISTANT FIELD OFFICE ) | |
| DIRECTOR FOR THE KANAS CITY ) | |
| FIELD OFFICE; AND US DEPARTMENT ) | |
| OF HOMELAND SECURITY, ) | |
| ) | |
| Respondents. ) | |

## ORDER

Before the Court is Heidy Cifuentes Rivera's petition for writ of habeas corpus and injunctive relief, filed on July 23, 2025. (Doc. 1.) Petitioner seeks habeas corpus relief under 28 U.S.C. § 2241, among other injunctive and declaratory relief, following her May 27, 2025 arrest by U.S. Immigration and Customs Enforcement agents, and to the extent she has remained in custody following a June 9, 2025 emergency stay of removal granted by the Board of Immigration Appeals while it considers her motion to reopen her immigration case. Petitioner asserts that her detention is unlawful and unconstitutional. Pursuant to 28 U.S.C. § 2243, the Court **ORDERS** that Respondents **show cause** why the writ should not be granted **on or before July 28, 2025**.[1]

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: July 23, 2025

---

[1] Section 2243 requires that a district court either grant an application for writ of habeas corpus or "issue an order directing the respondent to show cause why the writ should not be granted," which show-cause response "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." Because three days from today is Saturday, June 26, 2025, Respondent's show-cause response is due Monday, July 28, 2025. *See* Fed. R. Civ. P. 6(a)(1)(C).